# United States Bankruptcy Court
## Eastern District of Michigan

In re **Ernest Cornell Freeman / Juwana Freeman**  
Debtor(s)

Case No. **13-60377**  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 14, 2013**, a copy of Cover Sheet for Amendments, Amended Schedule F, form B9A, and Statement of Financial Affairs was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**JP Morgan Chase Bank, N.A.**
**Shermeta, Adams, and Von Allmen PC**

**/s/ John Robert Keyes**
**John Robert Keyes P68856**
**Robert Keyes Law, PLLC**
**300 North Huron Street**
**Ypsilanti, MI 48197**
**(734) 662-1590**
**robert@robertkeyeslaw.com**